```
 1   CLARK S. STONE (SBN 202123)
     PATRICK LUNDELL (SBN 273506)
 2   HAYNES AND BOONE, LLP
     2033 Gateway Place, Suite 300
 3   San Jose, California 95110
     Phone:  (408) 660-4120
 4   Facsimile:  (408) 660-4121
     E-mail: clark.stone@haynesboone.com
 5           patrick.lundell@haynesboone.com

 6   Attorneys for Plaintiffs
     SHERMAN & ASSOCIATES, INC. and
 7   DR. ARTHUR SHERMAN, PH.D.
```

ORIGINAL FILED

FEB 2 2 2011

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN & ASSOCIATES, INC., a Delaware Corporation, and DR. ARTHUR SHERMAN, PH.D., an individual,<br><br>            Plaintiffs,<br><br>v.<br><br>OXFORD INSTRUMENTS, PLC, a British Corporation, and OXFORD INSTRUMENTS AMERICA, INC., a Massachusetts Corporation,<br><br>            Defendants. | Case No. CV 11 - 0827<br><br>PLAINTIFFS SHERMAN & ASSOCIATES, INC. AND DR. ARTHUR SHERMAN, PH.D.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED R. CIV. P. 7.1 AND CIVIL L.R. 3-16 |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, SHERMAN & ASSOCIATES, INC. certifies that there are no parent corporations or publicly held corporations that own 10% or more of the stock in SHERMAN & ASSOCIATES, INC.

      Pursuant to Civil L.R. 3-16, SHERMAN & ASSOCIATES, INC. and DR. ARTHUR SHERMAN, PH.D certify that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceedings:

    ASM International, N.V. and its wholly-owned subsidiary ASM America, Inc.

DATED: February 22, 2011　　　　　　　HAYNES AND BOONE, LLP

By _/s/ Clark S. Stone_____
Clark S. Stone
Patrick Lundell
Attorneys for Plaintiffs
SHERMAN & ASSOCIATES, INC. and
DR. ARTHUR SHERMAN, PH.D.