**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

May 20, 2011

**CASE NUMBER: CV 11-00827 LB**
**CASE TITLE: SHERMAN & ASSOCIATES, INC.-V-OXFORD INSTRUMENTS, PLC**

AMENDED REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN JOSE** division.

**Honorable JEREMY FOGEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: May 20, 2011

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                           Entered in Computer 05/20/11 cjl

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                  Transferor CSA