| | |
|---|---|
| 1 | CLARK S. STONE (SBN 202123) |
| 2 | PATRICK N. LUNDELL (SBN 273506)<br>HAYNES AND BOONE, LLP |
| 3 | 2033 Gateway Place, Suite 300<br>San Jose, California 95110 |
| 4 | Phone: (408) 660-4120<br>Facsimile: (408) 660-4121 |
| 5 | E-mail: clark.stone@haynesboone.com<br>        patrick.lundell@haynesboone.com |
| 6 | Attorneys for Plaintiffs |
| 7 | SHERMAN & ASSOCIATES, INC., and DR.<br>ARTHUR SHERMAN, PH.D., |

CLARK S. STONE (SBN 202123)
PATRICK N. LUNDELL (SBN 273506)
HAYNES AND BOONE, LLP
2033 Gateway Place, Suite 300
San Jose, California 95110
Phone: (408) 660-4120
Facsimile: (408) 660-4121
E-mail: clark.stone@haynesboone.com
        patrick.lundell@haynesboone.com

Attorneys for Plaintiffs
SHERMAN & ASSOCIATES, INC., and DR. ARTHUR SHERMAN, PH.D.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERMAN & ASSOCIATES, INC., a Delaware Corporation, and DR. ARTHUR SHERMAN, PH.D., an individual,<br><br>              Plaintiffs,<br><br>v.<br><br>OXFORD INSTRUMENTS, PLC, a British Corporation, and OXFORD INSTRUMENTS AMERICA, INC., a Massachusetts Corporation,<br><br>              Defendants; and<br><br>ASM INTERNATIONAL N.V., a Netherlands Corporation, and ASM AMERICA, INC., a Delaware Corporation,<br><br>              Defendant Patent Owners | Case No. 5:11-cv-00827-JF<br><br>[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES AND EXTENDING TIME FOR DEFENDANTS' TO RESPOND TO FIRST AMENDED COMPLAINT |

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**                                    **Case No. C-11-827-JF**

1  PURSUANT TO STIPULATION, IT IS ORDERED THAT:

2     1. The Initial Case Management Conference in this matter is continued to October 28,
3        2011 at 10:30 a.m.;
4     2. Defendants Oxford Instruments, PLC, Oxford Instruments America, Inc., and ASM
5        America, Inc. shall have until September 23, 2011 to answer or otherwise respond to
6        the First Amended Complaint; and
7     3. Good cause appearing, Plaintiffs shall have until September 23, 2011 to effect service
8        of the Summons and First Amended Complaint upon Defendant Patent Owner ASM
9        International N.V.

12  DATED: 7/7/11

13  HON. JEREMY FOGEL
    United States District Judge

---

1

ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE     Case No. C-11-827-JF