UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SHERMAN & ASSOCIATES, INC., a Delaware Corporation, and DR. ARTHUR SHERMAN, PH.D., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>OXFORD INSTRUMENTS, PLC, a British Corporation, and OXFORD INSTRUMENTS AMERICA, INC., a Massachusetts Corporation,<br><br>Defendants; and<br><br>ASM INTERNATIONAL N.V., a Netherlands Corporation, and ASM AMERICA, INC., a Delaware Corporation,<br><br>Defendant Patent Owners. | Case No. 11-00827-JF<br><br>[PROPOSED] ORDER SELECTING ADR PROCESS |

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration

☐ Early Neutral Evaluation (ENE)

☐ Mediation

☒ Private ADR

Deadline for ADR session

☒ 90 days from the date of this order.

☐ other _____

IT IS SO ORDERED.

Dated: 7/7/11                                   _____
                                                UNITED STATES ~~MAGISTRATE~~ JUDGE
                                                            DISTRICT

**ORDER SELECTING ADR PROCESS - CASE NO. 11-00827-JF**