CLARK S. STONE (SBN 202123)
PATRICK N. LUNDELL (SBN 273506)
HAYNES AND BOONE, LLP
2033 Gateway Place, Suite 300
San Jose, California 95110
Phone:  (408) 660-4120
Facsimile:  (408) 660-4121
E-mail:  clark.stone@haynesboone.com
         patrick.lundell@haynesboone.com

Attorneys for Plaintiffs
SHERMAN & ASSOCIATES, INC., and DR. ARTHUR SHERMAN, PH.D.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERMAN & ASSOCIATES, INC., a Delaware Corporation, and DR. ARTHUR SHERMAN, PH.D., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>OXFORD INSTRUMENTS, PLC, a British Corporation, and OXFORD INSTRUMENTS AMERICA, INC., a Massachusetts Corporation,<br><br>Defendants; and<br><br>ASM INTERNATIONAL N.V., a Netherlands Corporation, and ASM AMERICA, INC., a Delaware Corporation,<br><br>Defendant Patent Owners | Case No. 5:11-cv-00827-JF<br><br>**[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANT ASM AMERICA, INC'S MOTION TO DISMISS UNDER FRCP 12(b)(1) FOR LACK OF STANDING**<br><br>**(Civil LR 6-1, 6-2)**<br><br>Motion date:  TBD<br>Time: TBD<br>Judge: TBD<br>Location: TBD |

1  PURSUANT TO STIPULATION, IT IS ORDER THAT:

2      1. Plaintiffs shall be given a ten-day extension of time to file their memorandum
3         and related papers in opposition to ASMA's pending Motion to Dismiss, to and
4         including August 18, 2011;

5      2. ASMA shall be given a ten-day extension of time to file their Reply in support
6         of their Motion to Dismiss, to and including September 6, 2011.

8  DATED: 8/16/11

                         HON. JEREMY FOGEL
                         United States District Judge

---

1
**PROPOSED ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO DISMISS**   Case No. C-11-827-JF