UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                          408.535.5363


**CASE NUMBER: 5-11-cv-00827-JF**
**CASE TITLE:** Sherman & Associates, Inc. et al v. Oxford Instruments, PLC et al

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the San Francisco division, to the the Honorable Charles R. Breyer for all further proceedings.
Counsel are instructed that all future filings shall bear the initials CRB  immediately after the case number.
ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: September 26, 2011

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                   Transferor CSA