Henry C. Bunsow (SBN 60707)
hbunsow@dl.com
Brian A.E. Smith (SBN 188147)
baesmith@dl.com
DEWEY & LEBOEUF LLP
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, CA  94104
Telephone: +1 415 951 1100
Facsimile:  +1 415 951 1180

Attorneys for Defendant
ASM INERNATIONAL N.V.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERMAN & ASSOCIATES, INC., a Delaware Corporation and DR. ARTHUR SHERMAN, PH.D., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>OXFORD INSTRUMENTS, PLC, a British Corporation, and OXFORD INSTRUMENTS AMERICA, INC., a Massachusetts Corporation,<br><br>Defendants; and<br><br>ASM INTERNATIONAL N.V., a Netherlands Corporation, and ASM AMERICA, INC., a Delaware Corporation,<br><br>Defendant Patent Owners. | Case No. 11-00827-CRB<br><br>**DEFENDANT ASM INTERNATIONAL N.V.'S JOINDER OF ASM AMERICA'S NOTICE OF MOTION AND MOTION TO DISMISS UNDER FRCP 12(B)(1) FOR LACK OF STANDING AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:  TBD<br>Dept:  TBD<br>Time:  TBD<br><br>Judge: Hon. Charles R. Breyer |

On July 21, 2011 defendant ASM America Inc. ("ASMA") filed a Motion to Dismiss Pursuant to FRCP 12(b)(1). (Doc. #27)  In its motion, ASMA contends that plaintiffs Sherman & Associates, Inc. and Dr. Arthur Sherman ("Sherman") lack standing to sue for patent infringement.

Defendant ASM International N.V. ("ASMI") supports the positions advanced by ASMA in its Motion to Dismiss.  Accordingly, ASMI hereby joins ASMA's Motion to Dismiss for all of the

-1-

ASMI JOINDER
CASE NO. 11-00827 CRB

-2-

1 reasons stated in ASMA's Motion to Dismiss and requests that the Court dismiss this case as to all
2 defendants with prejudice.
3
4 Dated: October 7, 2011	DEWEY & LEBOEUF LLP
5
6 	By:  /s/ *Henry C. Bunsow*
	       Henry C. Bunsow
7 	Attorneys for Defendant
	ASM INERNATIONAL N.V.
8

SF233694.1

-2-

ASMI JOINDER
CASE NO. 11-00827 CRB