| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 60707) |
|  | hbunsow@dl.com |
| 2 | Brian A.E. Smith (SBN 188147) |
|  | baesmith@dl.com |
| 3 | DEWEY & LEBOEUF LLP |
|  | Post Montgomery Center |
| 4 | One Montgomery Street, Suite 3500 |
|  | San Francisco, CA  94104 |
| 5 | Telephone: +1 415 951 1100 |
|  | Facsimile:  +1 415 951 1180 |
| 6 | |
|  | Attorneys for Defendant |
| 7 | ASM AMERICA, INC. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERMAN & ASSOCIATES, INC., a Delaware Corporation and DR. Arthur Sherman, PH.D., an individual, | Case No. 11-00827 CRB |
| | [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURUSANT TO CIVIL L.R. 79-5(b). |
| Plaintiff, | |
| vs. | Judge: Hon. Jeremy Fogel |
| OXFORD INSTRUMENTS, PLC, a British Corporation, and OXFORD INSTRUMENTS AMERICA, INC., a Massachusetts Corporation., | |
| Defendants; and | |
| ASM INTERNATIONAL N.V., a Netherlands Corporation, and ASM AMERICA, INC., a Delaware Corporation, | |
| Defendant Patent Owners. | |

Defendant Patent Owner ASM America Inc. ("ASMA") has brought this Administrative Motion to file documents under seal pursuant to Civil L.R. 79-5.  Having reviewed the papers the Court has determined that ASMA has adequately shown the documents to be sealable and the Court GRANTS the motion.  ASMA may file its Reply Brief in Support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction under seal.

1

[PROPOSED] ORDER GRANTING
MOT. TO FILE UNDER SEAL
CASE NO. 11-00827-JF

IT IS SO ORDERED.

Dated: ~~September~~ October 11, 2011



2

[PROPOSED] ORDER GRANTING
MOT. TO FILE UNDER SEAL
CASE NO. 11-00827-JF
SF 234083.1