Henry C. Bunsow (SBN 60707)
hbunsow@dl.com
Brian A.E. Smith (SBN 188147)
baesmith@dl.com
DEWEY & LEBOEUF LLP
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, CA 94104
Telephone: +1 415 951 1100
Facsimile: +1 415 951 1180

Attorneys for Defendant Patent Owners
ASM AMERICA, INC. AND
ASM INTERNATIONAL N.V.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERMAN & ASSOCIATES, INC., a Delaware Corporation and DR. ARTHUR SHERMAN, PH.D., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>OXFORD INSTRUMENTS, PLC, a British Corporation, and OXFORD INSTRUMENTS AMERICA, INC., a Massachusetts Corporation,<br><br>Defendants; and<br><br>ASM INTERNATIONAL N.V., a Netherlands Corporation, and ASM AMERICA, INC., a Delaware Corporation,<br><br>Defendant Patent Owners. | Case No. 11-00827-CRB<br><br>**DEFENDANT ASM AMERICA'S AND ASM INTERNATIONAL'S NOTICE OF MOTION TO DISMISS UNDER FRCP 12(b)(1) FOR LACK OF STANDING**<br><br>Date: Nov. 18, 2011<br>Dept: 6<br>Time: 10:00 am |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that on November 18, 2011 at 10:00 a.m. in the above-entitled Court, located at 450 Golden Gate Avenue, 17th Floor San Francisco, CA 94102, Defendant Patent Owners ASM AMERICA, INC. and ASM INTERNATIONAL N.V. (collectively "ASM") will, and hereby do, respectfully move the Court to dismiss the Complaint filed by Plaintiffs SHERMAN & ASSOCIATES, INC and DR. ARTHUR SHERMAN, PH.D. ("Plaintiffs"). This case was formerly assigned to the Honorable Judge Fogel, and the matter has been fully briefed.[1] ASM brings this motion pursuant to Federal Rule of Civil Procedure 12(b)(1), on the grounds that Plaintiffs do not have sufficient ownership interest in the asserted patent to meet the Constitutional minimum necessary to sue or join in a suit for infringement. Accordingly, the Court has no subject matter jurisdiction and the case must be dismissed.

Dated: October 13, 2011          DEWEY & LEBOEUF LLP

                                 By: */s/ Henry C. Bunsow*
                                     Henry C. Bunsow

                                 Attorneys for Defendant Patent Owners
                                 **ASM AMERICA and ASM INTERNATIONAL**

---

[1] ASMA's Motion to Dismiss (Doc. #27); Plaintiffs' Opposition to ASMA's Motion to Dismiss (Doc. #32); ASMA's Reply Brief in Support of its Motion to Dismiss (Doc. # 47); ASM International's Motion for Joinder (Doc. # 43).

-2-
ASM'S MOTION TO DISMISS FOR
LACK OF STANDING
CASE NO. 11-00827 CRB