IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN & ASSOCIATES, INC. ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> OXFORD INSTRUMENTS, PLC ET AL., <br><br> Defendants. / | No. C 11-00827 CRB <br><br> **ORDER OF SUA SPONTE REFERRAL AS TO WHETHER CASES ARE RELATED** |

Northern District of California Civil Local Rule 3-12(c) provides: "Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest-filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related."

In reviewing the parties' papers in connection with Defendant Patent Owner ASM America's Motion to Dismiss (dkt. 27), it has come to the Court's attention that this action might be related to Sherman & Assoc., Inc. v. ASM Int'l N.V. et al., Case No. 05-5008. The parties agreed at the motion hearing today that the patent at issue in this case was also at issue in the earlier action. Sherman and ASM are parties in both cases. And, most critically, it was in order to resolve the earlier action that Sherman and ASM entered into a written contract whereby Sherman transferred to ASM title to a number of Sherman's patents, including the patent at issue in this case. Mot. at 3. Resolution of ASM's present Motion

depends upon interpreting that contract – specifically, determining whether that contract confers upon Sherman a sufficient ownership interest to bring this infringement action.

Accordingly, pursuant to Rule 3-12(c), this action is referred to the Honorable Judge Ronald M. Whyte for a determination of whether this action is related to <u>Sherman & Assoc., Inc. v. ASM Int'l N.V. et al.</u>, Case No. 05-5008.

**IT IS SO ORDERED.**

Dated: November 18, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE