**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **November 18, 2011**          Time:   2 minutes

**C-11-00827** CRB

**SHERMAN & ASSOCIATES, INC.**  v.  **OXFORD INSTRUMENTS, PLC**

Attorneys:      Robert Yorio                              Brian Smith, Robin King

                                                          Peter Shen

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:  **Lydia Zinn**

**PROCEEDINGS:**                                                **RULING:**

1.  Motion to Dismiss

2.

3.

**ORDERED AFTER HEARING:**

 Motion to dismiss taken under submission pending the decision on whether or not this case is related to case C-05-5008 before Judge R. Whyte.  Court will rule on the motion if this matter is not related.

( ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____
( ) Referred to Magistrate Judge for: _____
( ) CASE CONTINUED TO _____     for _____

Discovery Cut-Off _____                      Expert Discovery Cut-Off _____
Plntf to Name Experts by _____               Deft to Name Experts by _____
P/T Conference Date _____     Trial Date _____     Set for _____ days
                              Type of Trial:  ( )Jury    ( )Court

Notes: _____