***E-FILED - 1/5/12***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERMAN & ASSOCIATES, INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>OXFORD INSTRUMENTS, PLC, et al.,<br><br>Defendants.<br>_____<br><br>SHERMAN & ASSOCIATES, INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>ASM INTERNATIONAL N.V., et al.,<br><br>Defendants. | CASE NO.: C-11-00827-CRB<br><br><br><br><br><br><br><br>CASE NO.: C-05-05008-RMW<br><br><br>ORDER DETERMINING THAT CASES ARE NOT RELATED |

This case was referred to me to determine whether it should be related to the earlier filed case entitled Sherman & Associates, Inc. v. ASM International N.V., et al., Case No. C-05-05008-RMW. The Court determines that the cases should not be related because the earlier case was settled shortly after it was filed and without any substantive involvement by me.

DATED: 1/5/12

_Ronald M Whyte_
_____
RONALD M. WHYTE
United States District Judge

1

ORDER DETERMINING THAT CASES ARE NOT RELATED
NO. C-11-00827-RMW

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER DETERMINING THAT CASES ARE NOT RELATED
NO. C-11-00827-RMW