CLARK S. STONE (SBN 202123)
PATRICK LUNDELL (SBN 273506)
HAYNES AND BOONE LLP
2033 Gateway Place, Suite 300
San Jose, California 95110
Telephone: (408) 660-4120
Facsimile: (408) 660-4121
Email: clark.stone@haynesboone.com

Attorneys for Plaintiffs
SHERMAN & ASSOCIATES, INC. and
DR. ARTHUR SHERMAN, PH.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERMAN & ASSOCIATES, INC., a Delaware Corporation, and DR. ARTHUR SHERMAN, PH.D., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>OXFORD INSTRUMENTS, PLC, a British Corporation, and OXFORD INSTRUMENTS AMERICA, INC., a Massachusetts Corporation,<br><br>Defendants; and<br><br>ASM INTERNATIONAL N.V., a Netherlands Corporation, and ASM AMERICA, INC., a Delaware Corporation,<br><br>Defendant Patent Owners. | CASE NO. 11-00827-CRB<br><br>[PROPOSED]<br>**ORDER PERMITTING SUBSTITUTION OF COUNSEL BY PLAINTIFFS** |

The Court, having reviewed Plaintiffs' Request for Substitution of Counsel, hereby **ORDERS** the Request be **GRANTED**. Robert J. Yorio and Marcus H. Yang of Carr & Ferrell *LLP* shall be designated Counsel of record on behalf of Plaintiffs Sherman & Associates, Inc. and Dr. Arthur Sherman, Ph.D. All notices given or required to be given, and all filed or served documents in the above-captioned matter, should henceforth be provided to and served upon counsel at the address set forth below:

> Robert J. Yorio
> yorio@carrferrell.com
> Marcus H. Yang
> myang@carrferrell.com
> Carr & Ferrell *LLP*
> 120 Constitution Drive
> Menlo Park, CA 94025
> Telephone: (650) 812-3400
> Facsimile: (650) 812-3444

IT IS SO ORDERED.

Dated: ~~November ___, 2011~~ January 24, 2012



_____
HONORABLE _____ BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer