1  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
2  MARCUS H. YANG (SBN 273509)
   myang@carrferrell.com
3  CARR & FERRELL LLP
4  120 Constitution Drive
   Menlo Park, California 94025
5  Telephone: (650) 812-3400
6  Facsimile:  (650) 812-3444

7  Attorneys for Plaintiffs
   SHERMAN & ASSOCIATES, INC. and
8  DR. ARTHUR SHERMAN, PH.D.

FILED 2012 FEB -9 P 2:56 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERMAN & ASSOCIATES, INC., a Delaware Corporation, and DR. ARTHUR SHERMAN, PH.D., an individual, | CASE NO. 11-00827-CRB |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | |
| OXFORD INSTRUMENTS, PLC, a British Corporation, and OXFORD INSTRUMENTS AMERICA, INC., a Massachusetts Corporation, | |
| Defendants; and | |
| ASM INTERNATIONAL N.V., a Netherlands Corporation, and ASM AMERICA, INC., a Delaware Corporation, | |
| Defendant Patent Owners. | |

{00579833v1}                           -1-
NOTICE OF APPEAL (CASE NO. 11-00827-CRB)

1     Notice is hereby given that Plaintiffs Sherman & Associates, Inc. and Dr. Arthur Sherman,
2 Ph.D., in the above-captioned matter, hereby appeal to the United States Court of Appeals for the
3 Federal Circuit from the Order Granting Motion to Dismiss in this action filed on January 10, 2012.

5 Dated: February 9, 2012          CARR & FERRELL *LLP*

By /s/ Robert J. Yorio
ROBERT J. YORIO

Attorneys for Plaintiffs
SHERMAN & ASSOCIATES, INC. and
DR. ARTHUR SHERMAN, PH.D.

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 120 Constitution Drive, Menlo Park, California 94025. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

## NOTICE OF APPEAL

[X] (BY EMAIL) by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below, or as stated on the attached service list.

[X] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

Joseph J. Mueller
Wilmer Hale
60 State Street
Boston, MA 02109
Email Address: joseph.mueller@wilmerhale.com
Attorneys for Defendants *Oxford Instruments, PLC and Oxford Instruments, America, Inc.*

Henry C. Bunsow
Brian A.E. Smith
Dewey& LeBoeuf LLP
Post Montgomery Street, Suite 3500
San Francisco, CA 94104
Email Address: hbunsow @dl.com
Email Address: bacsimith@dl.com
Attorneys for Defendant Patent Owner *ASM America, Inc.*

Mark Daniel Selwyn
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Email Address: mark.selwyn@wilmerhale.com
Attorneys for Defendants *Oxford Instruments, PLC and Oxford Instruments, America, Inc.*

Peter James Shen
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
Email Address: peter.shen@wilmerhale.com
Attorneys for Defendants *Oxford Instruments, PLC and Oxford Instruments, America, Inc.*

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 9, 2012 at Menlo Park, California.

*Christine Blaufus*
Christine Blaufus

{00579833v1}

-3-

NOTICE OF APPEAL (CASE NO. 11-00827-CRB)