AO 149 (6/88)

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

---

SHERMAN & ASSOCIATES, INC. ET AL -v- OXFORD INSTRUMENTS, PLC ET AL
Plaintiff(s)                Defendant(s)

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case: **Patent Infringement**

Docket No.   CV 11-00827 CRB            Date of Judgment/Order:   **1/10/12**

Cross or related appeal?        Date of Notice of Appeal:   **2/9/12**

Appellant is:  (x)  Plaintiff     ()  Defendant     ()  Other (explain

---

DOCKET FEE STATUS:
   (x)  Paid     ()  Not Paid     Billed On:
   U.S. Appeal?  Yes ()   No  ()
   In forma pauperis?
     ()  Granted     ()  Denied     ()  Revoked        ()  Pending     ()  Never requested

---

COUNSEL
(List name, firm, address and telephone of lead counsel for each party.  Indicate party represented.

COURT REPORTER: Lydia Zinn (415) 531-6587

| **PLAINTIFF/APPELLANT :** | **DEFENDANT/APPELLEE :** |
|---|---|
| **Sherman & Associates et al** | **ASM America, Inc.** |
| represented by : | represented by : |
| Robert J. Yorio | Henry C. Bunsow |
| Carr & Ferrell LLP | Dewey & LeBoeuf LLP |
| 120 Constitution Drive | One Montgomery Street, Suite 3500 |
| Menlo Park, CA 94025 | San Francisco, CA 94104 |
| Tel. No. : (650) 812-3400 | Tel. No. : (415-951-1100 |

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries.