ADRMOP,AO279,APPEAL,E-Filing,PRVADR

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:11-cv-00827-CRB
## Internal Use Only

| | |
|---|---|
| Sherman & Associates, Inc. et al v. Oxford Instruments, PLC et al | Date Filed: 02/22/2011 |
| Assigned to: Hon. Charles R. Breyer | Jury Demand: Plaintiff |
| Cause: 35:145 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Sherman & Associates, Inc.**  represented by  **Clark S. Stone**
*a Delaware Corporation*  
Haynes and Boone, LLP  
2033 Gateway Place  
Suite 300  
San Jose, CA 95110  
408-660-4120  
Fax: 408-660-4121  
Email: clark.stone@haynesboone.com  
*TERMINATED: 01/26/2012*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Marcus H. Yang**  
Carr & Ferrell LLP  
120 Constitution Drive  
Menlo Park, CA 94025  
650-812-3400  
Fax: 650-812-3444  
Email: myang@carrferrell.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Robert Joseph Yorio**  
Carr & Ferrell LLP  
120 Constitution Drive  
Menlo Park, CA 94025  
650-812-3400  
Fax: 650-812-3444  
Email: yorio@carrferrell.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Patrick Neill Lundell**  
Haynes and Boone LLP  
2033 Gateway Place  
Suite 300  
San Jose, CA 95110  
408-660-4127  
Email: patrick.lundell@haynesboone.com  
*TERMINATED: 01/26/2012*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dr. Arthur Sherman**  represented by  **Clark S. Stone**

|  |  |
|---|---|
| *PH.D.* | (See above for address)<br>*TERMINATED: 01/26/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Marcus H. Yang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Robert Joseph Yorio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Patrick Neill Lundell**<br>(See above for address)<br>*TERMINATED: 01/26/2012*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Oxford Instruments, PLC**<br>*a British Corporation* | represented by | **Joseph J. Mueller**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>617-526-6000<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark Daniel Selwyn**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>650-858-6031<br>Fax: 650-858-6100<br>Email: mark.selwyn@wilmerhale.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter James Shen**<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>212-230-8895<br>Fax: 212-230-8888<br>Email: peter.shen@wilmerhale.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Oxford Instruments America, Inc.**<br>*a Massachusetts Corporation* | represented by | **Joseph J. Mueller**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark Daniel Selwyn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

          **Peter James Shen**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

**Defendant**

**ASM International N.V.**

**Defendant**

**ASM America, Inc.**    represented by  **Henry C. Bunsow**
          Dewey & LeBoeuf LLP
          One Montgomery Street, Suite 3500
          San Francisco, CA 94104
          415-951-1100
          Fax: 415-951-1180
          Email: hbunsow@dl.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Brian A. E. Smith**
          Dewey & LeBoeuf LLP
          One Montgomery Center, Suite 3500
          San Francisco, CA 94104
          415-951-1100
          Fax: 415-951-1180
          Email: baesmith@dl.com
          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2011 | 1 | COMPLAINT (with jury demand) against Oxford Instruments America, Inc., Oxford Instruments, PLC (Filing fee $350, receipt number 54611009147.). Filed bySherman & Associates, Inc., Arthur Sherman. (Attachments: # 1 Civil Cover Sheet)(cjl, COURT STAFF) (Filed on 2/22/2011) Modified on 2/25/2011 (cjl, COURT STAFF). (Entered: 02/25/2011) |
| 02/22/2011 | 2 | Certificate of Interested Entities by Arthur Sherman, Sherman & Associates, Inc. identifying Other Affiliate ASM International, N.V., Other Affiliate ASM America, Inc. for Arthur Sherman, Sherman & Associates, Inc. (cjl, COURT STAFF) (Filed on 2/22/2011) (Entered: 02/25/2011) |
| 02/22/2011 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 6/2/2011. Case Management Conference set for 6/9/2011 10:30 AM in Courtroom 4, 3rd Floor, Oakland. (Attachments: # 1 Standing Order)(cjl, COURT STAFF) (Filed on 2/22/2011) (Entered: 02/25/2011) |
| 02/22/2011 |  | CASE DESIGNATED for Electronic Filing. (cjl, COURT STAFF) (Filed on 2/22/2011) (Entered: 02/25/2011) |
| 02/25/2011 | 4 | REPORT on the filing of an action regarding Patent (cc: form mailed to register). (cjl, COURT STAFF) (Filed on 2/25/2011) (Entered: 02/25/2011) |
| 04/27/2011 | 5 | AMENDED COMPLAINT (with jury demand) for Patent Infringement against Oxford Instruments America, Inc., Oxford Instruments, PLC, ASM International N.V., ASM America, Inc. Filed by Sherman & Associates, Inc., Arthur Sherman. (Attachments: # 1 Exhibit A)(Stone, Clark) (Filed on 4/27/2011) Modified on 4/28/2011 (cjl, COURT STAFF). (Entered: 04/27/2011) |
| 04/27/2011 | 6 | Summons Issued as to Oxford Instruments, PLC. (cjl, COURT STAFF) (Filed on 4/27/2011) (Entered: 04/27/2011) |

| | | |
|---|---|---|
| 04/27/2011 | 7 | Summons Issued as to Oxford Instruments America, Inc. (cjl, COURT STAFF) (Filed on 4/27/2011) (Entered: 04/27/2011) |
| 04/27/2011 | 8 | Summons Issued as to ASM International N.V. (cjl, COURT STAFF) (Filed on 4/27/2011) (Entered: 04/27/2011) |
| 04/27/2011 | 9 | Summons Issued as to ASM America, Inc. (cjl, COURT STAFF) (Filed on 4/27/2011) (Entered: 04/27/2011) |
| 05/12/2011 | 10 | CLERKS NOTICE re Consent to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. (lsS, COURT STAFF) (Filed on 5/12/2011) (Entered: 05/12/2011) |
| 05/18/2011 | 11 | Declination to Proceed Before a U.S. Magistrate Judge by Arthur Sherman, Sherman & Associates, Inc.. (Stone, Clark) (Filed on 5/18/2011) (Entered: 05/18/2011) |
| 05/19/2011 | 12 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (ls, COURT STAFF) (Filed on 5/19/2011) (Entered: 05/19/2011) |
| 05/20/2011 | 13 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Jeremy Fogel for all further proceedings. Magistrate Judge Laurel Beeler no longer assigned to the case. Signed by the Executive Committee on May 20, 2011. (cjl, COURT STAFF) (Filed on 5/20/2011) (Entered: 05/20/2011) |
| 05/20/2011 | 14 | AMENDED ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Jeremy Fogel for all further proceedings. Magistrate Judge Laurel Beeler no longer assigned to the case. Signed by the Executive Committee on May 20, 2011. (cjl, COURT STAFF) (Filed on 5/20/2011) (Entered: 05/20/2011) |
| 05/24/2011 | 15 | CLERKS NOTICE Case Management Conference set for 7/8/2011 10:30 AM in Courtroom 3, 5th Floor, San Jose. (dlm, COURT STAFF) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 06/16/2011 | 16 | CERTIFICATE OF SERVICE by Arthur Sherman, Sherman & Associates, Inc. *upon ASM America, Inc.* (Stone, Clark) (Filed on 6/16/2011) (Entered: 06/16/2011) |
| 06/16/2011 | 17 | CERTIFICATE OF SERVICE by Arthur Sherman, Sherman & Associates, Inc. *upon Oxford Instruments America, Inc. and Oxford Instruments, PLC* (Stone, Clark) (Filed on 6/16/2011) (Entered: 06/16/2011) |
| 06/20/2011 | 18 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *by DR. ARTHUR SHERMAN, PH.D. and SHERMAN & ASSOCIATES, INC.* (Stone, Clark) (Filed on 6/20/2011) (Entered: 06/20/2011) |
| 06/24/2011 | 19 | STIPULATION and Proposed Order selecting Private ADR by Arthur Sherman, Sherman & Associates, Inc. (Attachments: # 1 Proposed Order)(Stone, Clark) (Filed on 6/24/2011) (Entered: 06/24/2011) |
| 06/24/2011 | 20 | STIPULATION *Continuing CMC and Extending Time to Respond to Amended Complaint* by Arthur Sherman, Sherman & Associates, Inc.. (Attachments: # 1 Proposed Order)(Stone, Clark) (Filed on 6/24/2011) (Entered: 06/24/2011) |
| 07/07/2011 | 21 | STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES AND EXTENDING TIME FOR DEFENDANTS' TO RESPOND TO FIRST AMENDED COMPLAINT re 20 . Case Management Conference set for 10/28/2011 10:30 AM in Courtroom 3, 5th Floor, San Jose. Signed by Judge Jeremy Fogel on 7/7/11. (dlm, COURT STAFF) (Filed on 7/7/2011) (Entered: 07/07/2011) |
| 07/07/2011 | 22 | STIPULATION AND ORDER SELECTING ADR PROCESS re 19 , Case referred to Private ADR. Signed by Judge Jeremy Fogel on 7/7/11. (dlm, COURT STAFF) (Filed on 7/7/2011) (Entered: 07/07/2011) |
| | | |

| | | | |
|---|---|---|---|
| 07/21/2011 | | 23 | NOTICE of Appearance by Henry C. Bunsow (Bunsow, Henry) (Filed on 7/21/2011) (Entered: 07/21/2011) |
| 07/21/2011 | | 24 | NOTICE of Appearance by Brian A. E. Smith (Smith, Brian) (Filed on 7/21/2011) (Entered: 07/21/2011) |
| 07/21/2011 | 🔒 | 25 | Administrative Motion to File Under Seal filed by ASM America, Inc.. (Attachments: # 1 Declaration, # 2 Proposed Order)(Bunsow, Henry) (Filed on 7/21/2011) (Entered: 07/21/2011) |
| 08/03/2011 | | 26 | ORDER by Judge Jeremy Fogel granting 25 Administrative Motion to File Under Seal (dlm, COURT STAFF) (Filed on 8/3/2011) (Entered: 08/03/2011) |
| 08/04/2011 | | 27 | DOCUMENT E-FILED UNDER SEAL re 26 Order on Administrative Motion to File Under Seal *DEFENDANT ASM AMERICAS NOTICE OF MOTION AND MOTION TO DISMISS UNDER FRCP 12(b)(1) FOR LACK OF STANDING AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* by ASM America, Inc.. (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Proposed Order)(Bunsow, Henry) (Filed on 8/4/2011) (Entered: 08/04/2011) |
| 08/04/2011 | | 28 | MOTION for Extension of Time to File *COMPLETE PRIVATE ADR PURSUANT TO CIVIL L.R. 6-3* filed by ASM America, Inc.. (Attachments: # 1 Declaration Henry Bunsow, # 2 Proposed Order)(Bunsow, Henry) (Filed on 8/4/2011) (Entered: 08/04/2011) |
| 08/04/2011 | | 29 | STIPULATION *Modifying Briefing Schedule for Defendant ASM America's Motion to Dismiss* by Arthur Sherman, Sherman & Associates, Inc.. (Attachments: # 1 Proposed Order)(Stone, Clark) (Filed on 8/4/2011) (Entered: 08/04/2011) |
| 08/17/2011 | | 30 | ORDER by Judge Jeremy Fogel granting 28 Motion for Extension of Time to Complete Private ADR (dlm, COURT STAFF) (Filed on 8/17/2011) (Entered: 08/17/2011) |
| 08/17/2011 | | 31 | STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANT ASM AMERICA, INC'S MOTION TO DISMISS re 29 . Signed by Judge Jeremy Fogel on 8/16/11. (dlm, COURT STAFF) (Filed on 8/17/2011) (Entered: 08/17/2011) |
| 08/18/2011 | 🔒 | 32 | Administrative Motion to File Under Seal *PLAINTIFFS OPPOSITION TO DEFENDANT ASM AMERICAS MOTION TO DISMISS UNDER FRCP 12(b)(1) FOR LACK OF STANDING AND SUPPORTING DECLARATIONS* filed by Arthur Sherman, Sherman & Associates, Inc.. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Certificate/Proof of Service)(Lundell, Patrick) (Filed on 8/18/2011) (Entered: 08/18/2011) |
| 08/18/2011 | | 33 | NOTICE of Appearance by Mark Daniel Selwyn (Selwyn, Mark) (Filed on 8/18/2011) (Entered: 08/18/2011) |
| 08/18/2011 | | 34 | Joinder *of ASM America Inc.'s Motion to Extend Time* by Oxford Instruments America, Inc., Oxford Instruments, PLC. (Attachments: # 1 Proposed Order, # 2 Certificate/Proof of Service)(Selwyn, Mark) (Filed on 8/18/2011) (Entered: 08/18/2011) |
| 08/22/2011 | | 35 | MOTION for Attorney Peter J. Shen for leave to appear in Pro Hac Vice ( Filing fee $ 275.00, receipt number 54611010247.) filed by Oxford Instruments America, Inc., Oxford Instruments, PLC. (gm, COURT STAFF) (Filed on 8/22/2011) (Entered: 08/23/2011) |
| 08/22/2011 | | 36 | Proposed Order re 35 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 275.00, receipt number 54611010247.) by Oxford Instruments America, Inc., Oxford Instruments, PLC. (gm, COURT STAFF) (Filed on 8/22/2011) (Entered: 08/23/2011) |
| 08/22/2011 | | 37 | MOTION for Attorney Joseph J. Mueller for leave to appear in Pro Hac Vice ( Filing fee $ 275.00, receipt number 54611010247.) filed by Oxford Instruments America, Inc., Oxford Instruments, PLC. (gm, COURT STAFF) (Filed on 8/22/2011) (Entered: |

| | | |
|---|---|---|
| | | 08/23/2011) |
| 08/22/2011 | 38 | Proposed Order re 37 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 275.00, receipt number 54611010247.) by Oxford Instruments America, Inc., Oxford Instruments, PLC. (gm, COURT STAFF) (Filed on 8/22/2011) (Entered: 08/23/2011) |
| 09/06/2011 | 39 | Administrative Motion to File Under Seal *ASM AMERICAS REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP 12(b)(1)* filed by ASM America, Inc.. (Attachments: # 1 Proposed Order)(Bunsow, Henry) (Filed on 9/6/2011) (Entered: 09/06/2011) |
| 09/09/2011 | 40 | ORDER by Judge Jeremy Fogel granting 35 Motion for Pro Hac Vice for Peter Shen (dlm, COURT STAFF) (Filed on 9/9/2011) (Entered: 09/09/2011) |
| 09/09/2011 | 41 | ORDER by Judge Jeremy Fogel granting 37 Motion for Pro Hac Vice for Joseph J. Mueller (dlm, COURT STAFF) (Filed on 9/9/2011) (Entered: 09/09/2011) |
| 09/09/2011 | 42 | ORDER by Judge Jeremy Fogel granting 32 Administrative Motion to File Under Seal (dlm, COURT STAFF) (Filed on 9/9/2011) (Entered: 09/09/2011) |
| 09/09/2011 | 🔒 | (Court only) *** Attorney Joseph J. Mueller,Peter Shen for Oxford Instruments America, Inc.,Joseph J. Mueller,Peter Shen for Oxford Instruments, PLC added. (gm, COURT STAFF) (Filed on 9/9/2011) (Entered: 09/12/2011) |
| 09/23/2011 | 43 | MOTION for Joinder *of ASM America Inc.'s Motion to Dismiss* filed by Oxford Instruments America, Inc., Oxford Instruments, PLC. (Attachments: # 1 Certificate/Proof of Service Joinder of ASM America Inc.'s Motion to Dismiss)(Shen, Peter) (Filed on 9/23/2011) (Entered: 09/23/2011) |
| 09/28/2011 | 44 | ORDER REASSIGNING CASE. Case reassigned to Judge Charles R. Breyer for all further proceedings. Judge Jeremy Fogel no longer assigned to the case.Signed by The Executive Committee on 09/28/2011. (tsh, COURT STAFF) (Filed on 9/28/2011) (Entered: 09/28/2011) |
| 10/07/2011 | 45 | Joinder of ASM INTERNATIONAL N.V. TO ASM AMERICAS NOTICE OF MOTION AND MOTION TO DISMISS UNDER FRCP 12(B)(1) FOR LACK OF STANDING AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF filed by ASM International N.V. (Bunsow, Henry) (Filed on 10/7/2011) Modified on 10/11/2011 (mcl, COURT STAFF). (Entered: 10/07/2011) |
| 10/07/2011 | 🔒 | (Court only) ***Motions terminated: 43 MOTION for Joinder *of ASM America Inc.'s Motion to Dismiss* filed by Oxford Instruments America, Inc., Oxford Instruments, PLC, 45 MOTION for Joinder *FOR ASM INTERNATIONAL N.V. TO ASM AMERICAS NOTICE OF MOTION AND MOTION TO DISMISS UNDER FRCP 12(B)(1) FOR LACK OF STANDING AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* MOTION for Joinder *FOR ASM INTERNATIONAL N.V. TO ASM AMERICAS NOTICE OF MOTION AND MOTION TO DISMISS UNDER FRCP 12(B)(1) FOR LACK OF STANDING AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed by ASM International N.V. (mcl, COURT STAFF) (Filed on 10/7/2011) (Entered: 10/11/2011) |
| 10/12/2011 | 46 | ORDER by Judge Charles R. Breyer granting 39 Administrative Motion to File Under Seal (beS, COURT STAFF) (Filed on 10/12/2011) (Entered: 10/12/2011) |
| 10/12/2011 | 47 | DOCUMENT E-FILED UNDER SEAL re 46 Order on Administrative Motion to File Under Seal *ASM AMERICAS REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS* by ASM America, Inc.. (Bunsow, Henry) (Filed on 10/12/2011) (Entered: 10/12/2011) |
| 10/13/2011 | 48 | NOTICE by ASM America, Inc., ASM International N.V. re 27 Document E-Filed Under Seal, *MOTION TO DISMISS UNDER FRCP 12(b)(1) FOR LACK OF STANDING* (Bunsow, Henry) (Filed on 10/13/2011) (Entered: 10/13/2011) |

| 10/13/2011 | 🔒 | (Court only) Set/Reset Hearings as to 27 Motion to Dismiss (FILED UNDER SEAL): Motion Hearing set for 11/18/2011 10:00 AM before Hon. Charles R. Breyer. (mcl, COURT STAFF) (Entered: 10/14/2011) |
|---|---|---|
| 11/15/2011 | 49 | DOCUMENT E-FILED UNDER SEAL re 42 Order on Administrative Motion to File Under Seal by Arthur Sherman, Sherman & Associates, Inc.. (Attachments: # 1 Declaration of Sherman, # 2 Exhibit A, # 3 Declaration of Stone, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C)(Lundell, Patrick) (Filed on 11/15/2011) (Entered: 11/15/2011) |
| 11/16/2011 | 50 | NOTICE of Substitution of Counsel by Robert Joseph Yorio (Attachments: # 1 Proposed Order Permitting Substitution of Counsel by Plaintiffs)(Yorio, Robert) (Filed on 11/16/2011) (Entered: 11/16/2011) |
| 11/18/2011 | 52 | Minute Entry: Motion Hearing held on 11/18/2011 before Charles R. Breyer (Date Filed: 11/18/2011) Motion to Dismiss (Court Reporter Lydia Zinn.) (beS, COURT STAFF) (Date Filed: 11/18/2011) (Entered: 11/21/2011) |
| 11/21/2011 | 51 | ORDER OF SUA SPONTE REFERRAL AS TO WHETHER CASES ARE RELATED. Signed by Judge Charles R. Breyer on 11/21/2011. (crblc1, COURT STAFF) (Filed on 11/21/2011) (Entered: 11/21/2011) |
| 01/05/2012 | 53 | ORDER Determining That Cases Are Not Related. Signed by Judge Ronald M. Whyte on 1/5/12. (jg, COURT STAFF) (Filed on 1/5/2012) (Entered: 01/05/2012) |
| 01/10/2012 | 54 | ORDER GRANTING MOTION TO DISMISS. Signed by Judge Charles R. Breyer on 1/10/2012. (crblc1, COURT STAFF) (Filed on 1/10/2012) (Entered: 01/10/2012) |
| 01/26/2012 | 55 | ORDER for Substitution of Counsel re 50 Notice of Substitution of Counsel filed by Arthur Sherman, Sherman & Associates, Inc., Attorney Marcus H Yang for Arthur Sherman,Marcus H Yang for Sherman & Associates, Inc. added. Attorney Patrick Neill Lundell and Clark S. Stone terminated.. Signed by Judge Charles R. Breyer on 1/24/2012. (beS, COURT STAFF) (Filed on 1/26/2012) (Entered: 01/26/2012) |
| 02/09/2012 | 56 | NOTICE OF APPEAL to USCA for the Federal Circuit filed by Arthur Sherman, Sherman & Associates, Inc. Appeal of Order 54 (Appeal fee of $455 paid, Receipt # 34611070407.) (mcl, COURT STAFF) (Filed on 2/9/2012) (Entered: 02/09/2012) |
| 02/10/2012 | 57 | Transmission of Notice of Appeal and Docket Sheet to the Federal Circuit Court of Appeals as to 56 Notice of Appeal. Filing fee $ 455. (mcl, COURT STAFF) (Entered: 02/10/2012) |
| 02/10/2012 | 58 | Copy of Notice of Appeal and Docket sheet mailed to all counsel. (mcl, COURT STAFF) (Entered: 02/10/2012) |