AO 149 (6/88)

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

SHERMAN & ASSOCIATES, INC. ET AL-v-OXFORD INSTRUMENTS, PLC ET AL
Plaintiff(s)                Defendant(s)

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case: **Patent Infringement**

Docket No. CV 11-00827 CRB        Date of Judgment/Order: 1/10/12    **RECEIVED**

Cross or related appeal?    Date of Notice of Appeal: 2/9/12
                                                                     FEB 17 2012

Appellant is: (x) Plaintiff  ( ) Defendant  ( ) Other (explain
                                                                     United States Court of Appeals
                                                                     For The Federal Circuit
DOCKET FEE STATUS:
    (x) Paid  ( ) Not Paid    Billed On:
    U.S. Appeal?  Yes ( )  No ( )
    In forma pauperis?
    ( ) Granted   ( ) Denied   ( ) Revoked     ( ) Pending   ( ) Never requested

COUNSEL
(List name, firm, address and telephone of lead counsel for each party. Indicate party represented.    **RECEIVED**

FEB 21 2012

COURT REPORTER: Lydia Zinn (415) 531-6587            RICHARD W. WIEKING
                                                     CLERK, U.S. DISTRICT COURT
                                                     NORTHERN DISTRICT OF CALIFORNIA

**PLAINTIFF/APPELLANT :**              **DEFENDANT/APPELLEE :**

**Sherman & Associates et al**         **ASM America, Inc.**
represented by :                       represented by :
Robert J. Yorio                        Henry C. Bunsow
Carr & Ferrell LLP                     Dewey & LeBoeuf LLP
120 Constitution Drive                 One Montgomery Street, Suite 3500
Menlo Park, CA 94025                   San Francisco, CA 94104

Tel. No. : (650) 812-3400              Tel. No. : (415-951-1100

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.